STEPHEN TABER *v.* MARIA BRUNDAGE et al., Appellants; R. ELBRIDGE, Jr., Purchaser, Respondent.

(Argued December 13, 1887; decided December 20, 1887.)

*J. T. Mariean* for motion.

*Chas. H. Luscomb* opposed.

Agree to grant motion to dismiss appeal.
All concur; no opinion.
Appeal dismissed.

----

JANE GREER et al., Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued November 30, 1887; decided December 23, 1887.)

*Matthew Hale* for appellant.

*Amasa J. Parker* for respondents.

Agree to affirm on opinions below.
All concur; no opinion.
Judgment affirmed.

----

WILLIAM H. KIMBALL, Respondent, *v.* MARY LEONARD et al., Appellants.

(Argued December 7, 1887; decided December 23, 1887.)

*E. M. Holbrook* for appellants.

*Nelson L. Robinson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.